NUMBER
13-11-00105-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

PABLO SANCHEZ AND
CHURCH OF GOD 

THE APOSTOLIC FAITH
LATIN CONFERENCE, INC.,           Appellants,

 

                                                             v.

 

IGLESIA CRISTIANA
CRISTO VIVE, INC.,                                    Appellee. 

____________________________________________________________

 

                             On
Appeal from the 139th District Court

                                        of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

 Before Chief Justice
Valdez and Justices Rodriguez and Benavides

Memorandum Opinion
Per Curiam

 








Appellants
filed an appeal from a judgment entered by the 139th District Court of Hidalgo
County, Texas, in cause number C-237-03-C.  On April 28, 2011, this appeal was
abated and the parties were ordered to mediation.  This cause is now before the
Court on appellants’ unopposed motion to dismiss the appeal on grounds that the
trial court has granted a new trial.  Appellants request that this Court
dismiss the appeal.  Accordingly, this case is hereby REINSTATED.

The
Court, having considered the documents on file and appellants’ unopposed motion
to dismiss the appeal, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a).  Appellants= motion to dismiss is granted, and the appeal is hereby
DISMISSED.  Costs will be taxed against appellants.  See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellants= request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

 

PER
CURIAM

Delivered and filed the

26th day of May, 2011.